

FILED

2012 APR 18  AM 9: 29

CLERK US ...
SOUTHERN DISTRICT ... CALIFORN...

BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD RAYMOND RESSLER,<br><br>                    Plaintiff,<br><br>vs.<br><br>DANIEL PARAMO, et al.,<br><br>                    Defendants. | CASE NO. 11-CV-2000 BEN (NLS)<br><br>**ORDER:**<br><br>**(1) ADOPTING REPORT AND RECOMMENDATION**<br><br>**(2) GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>[Docket Nos. 13, 20] |

Plaintiff Richard Raymond Ressler, a state prisoner proceeding *pro se*, filed the instant civil rights action pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act. (Docket No. 1.) Defendants Daniel Paramo, Canlas, L.D. Zamora, and Elizabeth Romero (sued as Unknown Chief Medical Officer) filed a Motion to Dismiss the Complaint on January 3, 2012. (Docket No. 13.) Plaintiff filed an opposition (Docket No. 18), and Defendants filed a reply (Docket No. 19).

Magistrate Judge Nita L. Stormes issued a thoughtful and thorough Report and Recommendation recommending that Defendants' Motion to Dismiss be granted. (Docket No. 20.) Any objections to the Report and Recommendation were due April 10, 2012. (*Id.*) Neither party filed any objections. For the reasons that follow, the Report and Recommendation is **ADOPTED**.

A district judge "may accept, reject, or modify the recommended disposition" of a magistrate judge on a dispositive matter. FED. R. CIV. P. 72(b)(3); *see also* 28 U.S.C. § 636(b)(1). "[T]he district

1  judge must determine de novo any part of the [report and recommendation] that has been properly
2  objected to." FED. R. CIV. P. 72(b)(3). However, "[t]he statute makes it clear that the district judge
3  must review the magistrate judge's findings and recommendations de novo *if objection is made*, but
4  not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc)
5  (emphasis in original); *see also Wang v. Masaitis*, 416 F.3d 992, 1000 n.13 (9th Cir. 2005). "Neither
6  the Constitution nor the statute requires a district judge to review, de novo, findings and
7  recommendations that the parties themselves accept as correct." *Reyna-Tapia*, 328 F.3d at 1121.

8  In the absence of any objections, the Court fully **ADOPTS** Judge Stormes' Report and
9  Recommendation. Defendants' Motion to Dismiss is **GRANTED**. Plaintiff is granted until May 25,
10 2012 to file a First Amended Complaint.

11  **IT IS SO ORDERED.**

13  DATED: April 17, 2012

HON. ROGER T. BENITEZ
United States District Court Judge